IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | *Filed in Open Court* |
| | * | *9/20/05* |
| Plaintiff, | * | |
| vs. | * | Cr. No. 05-20035-Ma |
| | * | |
| CHARESE P. HUTCHINS, | * | |
| Defendant. | * | |

### ORDER GRANTING GOVERNMENT'S ORAL MOTION
### TO DISMISS COUNTS 1, 3 AND 5

This cause came to be heard upon the oral motion of counsel for the United States to dismiss counts 1,3 and 5 of the indictment in this case at the conclusion of the sentencing hearing in this case, and it appears to the Court that the plea agreement in this case having been accepted and sentence imposed on counts 2 and 4, the government's motion is well taken and should be granted.

**SO ORDERED** this 20th day of Sept., 2005.

SAMUEL H. MAYS, JR.
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:05-CR-20035 was distributed by fax, mail, or direct printing on September 21, 2005 to the parties listed.

---

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT